FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEAU CHARLTON GARDEE,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE PATROL,<br><br>Defendants. | No.   2:15-CV-0338-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers's March 2, 2016 Report and Recommendation, ECF No. 10, recommending that Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 9, be granted. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.

//

//

//

//

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 10**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 9**, is **GRANTED**.

3. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk's Office is directed to **CLOSE** this case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Rodgers.

**DATED** this 25th day of March 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\Gardee v Washington State Patrol et al-0338\ord adopt R&R lc1 docx

ORDER **-** 2